# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**ELISA LEBAR,**

    **Plaintiff,**

                                                    Case No. 6:16-cv-1727-ORL-37-KRS

**v.**

**WILEY EDU, LLC,**

    **Defendant.**

_____/

## NOTICE OF SETTLEMENT

In accordance with Local Rule 3.08(a), Defendant, Wiley Edu, LLC, hereby notify the Court that Defendant and Plaintiff Elisa LeBar have reached an agreement to resolve all claims in the above-referenced matter, and are in the process of finalizing their written agreement.

Dated: February 3, 2017

                                                By:/s/ Marilyn G. Moran

                                                     Marilyn G. Moran
                                                     Florida Bar No. 0163813
                                                     E-mail: mmoran@fordharrison.com

                                                     FORD & HARRISON LLP
                                                     300 South Orange Avenue, Suite 1300
                                                     Orlando, FL  32801
                                                     (407) 418-2300  Telephone
                                                     (407) 418-2327  Facsimile

                                                     Counsel for Defendant

- 2 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that February 3, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to: Jacob Auerbach, Esquire, Jacob Auerbach, P.A., 5521 North University Drive, Suite 204, Coral Springs, Florida 33067, jacob@aalawllc.com.

/s/ Marilyn G. Moran
Marilyn G. Moran

WSACTIVELLP:8951314.1